IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KINGVISION PAY-PER-VIEW LTD. )
as Broadcast Licensee of the )
March 1, 2003, JONES/RUIZ Program )
                              )
        Plaintiff             )
                              )
    v.                        )    1:04cv678
                              )
JEROME LLOYD GADSON,          )
Individually, and d/b/a GOLDEN )
STAG LOUNGE, and              )
GOLDEN STAG LOUNGE            )
                              )
        Defendants.           )
_____)

ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

On December 28, 2005, Magistrate Judge Russell A. Eliason filed his Recommendation [Doc. # 21] that the Plaintiff's Motion for Entry of Default Judgment [Doc. # 12] be granted, that default judgment be entered against Defendants, and that Defendants be permanently enjoined from further violations of the Cable Communications Policy Act, 47 U.S.C. §§ 553, 605.

Rule 72 of the Federal Rules of Civil Procedure provides that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b). On December 29, 2005, the parties were sent electronic notification of the Recommendation filing and informed that objections to the Recommendation were due on January 16, 2006. Neither party

filed an objection to the Recommendation.

The Court has reviewed the Recommendation of the Magistrate Judge and, finding no clear error, adopts that Recommendation. Thus, for the reasons set out in the Recommendation, the Plaintiff's Motion for Entry of Default Judgment [Doc. # 12] is GRANTED.

This the 18th day of September, 2007.

<u>/s/ N. Carlton Tilley, Jr.</u>
United States District Judge